**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Central Signs, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-3893496 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 517 Mason Ave. <br> Daytona Beach, FL 32117 <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| Volusia <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   www.central-signs.com

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Central Signs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
3399

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☑ No
- ☐ Yes.

| | Debtor | Relationship | |
|---|---|---|---|
| | District | When | Case number, if known |

Debtor   Central Signs, LLC                                                         Case number (if known) _____
         Name

**11.**  **Why is the case filed in**     *Check all that apply:*
         **this district?**
                                          ☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                             preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                          ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.**  **Does the debtor own or**       ☑  No
         **have possession of any**
         **real property or personal**    ☐  Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
         **property that needs**
         **immediate attention?**
                                          **Why does the property need immediate attention?** (*Check all that apply.*)

                                          ☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                             What is the hazard?  _____

                                          ☐  It needs to be physically secured or protected from the weather.

                                          ☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                             livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                          ☐  Other _____
                                          **Where is the property?**  _____
                                                                     Number, Street, City, State & ZIP Code

                                          **Is the property insured?**

                                          ☐  No

                                          ☐  Yes.  Insurance agency  _____
                                                   Contact name     _____
                                                   Phone            _____

---

| ■ | **Statistical and administrative information** |
|---|---|

**13.**  **Debtor's estimation of**   .   *Check one:*
         **available funds**
                                          ☑  Funds will be available for distribution to unsecured creditors.

                                          ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.**  **Estimated number of**          ☑ 1-49                  ☐ 1,000-5,000              ☐ 25,001-50,000
         **creditors**                    ☐ 50-99                 ☐ 5001-10,000              ☐ 50,001-100,000
                                          ☐ 100-199               ☐ 10,001-25,000            ☐ More than100,000
                                          ☐ 200-999

**15.**  **Estimated Assets**             ☐ $0 - $50,000          ☑ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                                          ☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
                                          ☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
                                          ☐ $500,001 - $1 million ☐ $100,000,001 - $500 million  ☐ More than $50 billion

**16.**  **Estimated liabilities**        ☐ $0 - $50,000          ☑ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                                          ☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
                                          ☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
                                          ☐ $500,001 - $1 million ☐ $100,000,001 - $500 million  ☐ More than $50 billion

| Debtor | Central Signs, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 26, 2021
                      MM / DD / YYYY

X /s/Charles H. Hutcherson
Signature of authorized representative of debtor

Charles H. Hutcherson
Printed name

Title   MGR

**18. Signature of attorney**

X /s/Anne-Marie L. Bowen                       Date   March 26, 2021
Signature of attorney for debtor                              MM / DD / YYYY

Anne-Marie L. Bowen 708161
Printed name

Anne-Marie L. Bowen, P.A.
Firm name

816 N. Thornton Ave.
Orlando, FL 32803
Number, Street, City, State & ZIP Code

Contact phone   407-228-1300      Email address   courtdocs@bowenbankruptcylaw.com

708161 FL
Bar number and State

**18. Signature of attorney**

X /s/Justin M. Luna                       Date   March 26, 2021
Signature of attorney for debtor                              MM / DD / YYYY

Justin M. Luna 37131
Printed name

Latham, Luna, Eden & Beaudine, LLP
Firm name

111 N. Magnolia Ave. #1400
Orlando, FL 32801
Number, Street, City, State & ZIP Code

Contact phone   407-481-5804      Email address   jluna@lathamluna.com

37131 FL
Bar number and State

**Fill in this information to identify the case:**

Debtor name   Central Signs, LLC

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 26, 2021     **X** /s/ Charles H. Hutcherson
                                       Signature of individual signing on behalf of debtor

                                       Charles H. Hutcherson
                                       Printed name

                                       MGR
                                       Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Central Signs, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Airgas USA, LLC 2015 Vaughn Road, Bldg 400 Kennesaw, GA 30144 | Monika St.Bernard monika.st.bernard@airgas.com 770-590-6189 | Unpaid utility bills | Disputed | | | $1,898.18 |
| Capital One PO Box 30285 Salt Lake City, UT 84130-0287 | 800-867-0904 | Spark Business Credit card purchases | | | | $19,500.00 |
| Certified Signage Inc. 103 Westwood Dr. Daytona Beach, FL 32119 | Tucker Byrd, Esq. tbyrd@byrdcampbell.com 407-392-2285 | | Disputed | | | $5.00 |
| Charles L. Cameron 103 Westwood Dr. Daytona Beach, FL 32119 | Tucker Byrd, Esq. tbyrd@byrdcampbell.com 407-392-2285 | | Disputed | | | $5.00 |
| Cintas Corporation #01490149 1844 Holsonback Dr. Daytona Beach, FL 32117 | Jennifer Knurek knureki@cintas.com 386-274-2715 | Alleged Unpaid Service fees | Disputed | | | $690.00 |
| Citi Cards Box 790046 St. Louis, MO 63179-0046 | 855-378-6468 | Credit card purchases | | | | $2,807.00 |
| Copyfax of MidFlorida Inc. 1310 Madrid Street Ste 101 Marshall, MN 56258 | Sara Walter sara.walter@onlinecomment.com 800-348-3898 | Lease of Ricoh copier | | | | $9,645.00 |
| Ford, Miller & Wainer PA 1835 N. 3rd St. Jacksonville Beach, FL 32250 | Alison Blake, Esq. ablake@fordmiller.com 904-390-1970 | Litigation Attorney's fees | | | | $131,520.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Central Signs, LLC
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Glantz & Son, LLC 4408 36th Street Orlando, FL 32811 | Alex Williams awilliams@nglantz.com 866-645-2689 | Materials Supplies | | | | $1,251.00 |
| SmartTechnologies 771 Fentress BLVD, Ste 10 Daytona Beach, FL 32114 | | Service & Copy Contract | | | | $6,400.00 |
| Synovus Bank 960 Buford Hwy. Cumming, GA 30041 | Patrick Heatherington patrickheatherington @synovus.com 904-449-2858 | Real property of Co. / blanket lien and homestead of principal Charles H. Hutcherson & Karen G. Hutcherson | | $3,095,000.00 | $1,346,000.00 | $1,749,000.00 |
| Synovus Bank 960 Buford Hwy. Cumming, GA 30041 | Patrick Heatherington patrickheatherington @Synovus.com 904-449-2858 | Unsecured PPP loans Expected to be 100% forgiven | Contingent | | | $175,000.00 |
| UL, LLC 75 Remittance Dr. Suite #1524 Chicago, IL 60675-1524 | D. Deepak deepak.d@ul.com 847-664-6724 | Alleged Unpaid Service fees | Disputed | | | $2,554.00 |
| YP, LLC PO Box 5010 Carol Stream, IL 60197-5010 | K. Stafford Carbone kstafford@pss-law.com 800-479-2977 | Alleged Trade debt | Disputed | | | $5,627.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Central Signs, LLC

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................   $ _____651,705.00_

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................   $ _____335,375.00_

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................................   $ _____987,080.00_

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ ____3,240,725.00_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $ _____0.00_

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$ _____356,902.18_

4. **Total liabilities** .........................................................................................................
   Lines 2 + 3a + 3b

   $ ____3,597,627.18_

**Fill in this information to identify the case:**

Debtor name    Central Signs, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. Synovus Bank | Checking | 8448 | $102,600.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**    $102,600.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. FPL Utility Deposit          $1,000.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**    $1,000.00
Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Central Signs, LLC          Case number *(If known)* _____
          _____
          Name

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:          28,600.00    -          0.00    = ....          $28,600.00
                          _____          _____
                          face amount          doubtful or uncollectible accounts

11b. Over 90 days old:          2,000.00    -          0.00    =....          $2,000.00
                          _____          _____
                          face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                              $30,600.00
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** Materials necessary to complete work. | 2/2021 | $7,000.00 | | $7,000.00 |
| 20.  **Work in progress** Materials necessary to complete work. | | $3,000.00 | | $3,000.00 |

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                              $10,000.00
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    Central Signs, LLC      Case number *(If known)* _____
      Name

☐ Yes. Book value     _____   Valuation method   _____   Current Value   _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Misc. office furniture | $1,500.00 | | $1,500.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Copier, computers, phone | $0.00 | | $1,500.00 |
| Flexi | $0.00 | | $0.00 |
| Corel Draw | $0.00 | | $0.00 |
| Omega | $0.00 | | $0.00 |
| Microsoft Office; Word | $0.00 | | $25.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                      $3,025.00
     Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Central Signs, LLC                                    Case number *(If known)* _____
_____
          Name

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2016 Elliott Freightliner<br>1FVACXDT9GHHP8521 | $0.00 | | $85,000.00 |
| 47.2.   2000 SkyHoist Freightliner<br>1FV6HFBA9YHB70146 | $0.00 | | $35,000.00 |
| 47.3.   1990 GMC Skyhook Crane<br>1GDG7D1BOLV511230 | $0.00 | | $4,000.00 |
| 47.4.   2005 GMC Pickup<br>1GTEC14V05Z106069 | $0.00 | | $1,500.00 |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| 2017 Doosan G30 Fork Lift | $0.00 | | $10,000.00 |
| Digital Printer - Mimaki JVC 160 SP (Broken) | $0.00 | | $500.00 |
| Cutting Plotter - Mimaki CG-160 FX | $0.00 | | $750.00 |
| Gerber Plotter | $0.00 | | $1,000.00 |
| Sand Blaster Plotter | $0.00 | | $200.00 |
| Laminator - Elite 62 | $0.00 | | $100.00 |
| Router - Gerber Saber 408 | $0.00 | | $0.00 |
| Channel Letter Clincher Model CL-26-12 | $0.00 | | $200.00 |
| Bending Table with Brake - Arete Brake | $0.00 | | $100.00 |

Official Form 206A/B                          Schedule A/B Assets - Real and Personal Property                          page 4

Debtor   Central Signs, LLC _____     Case number *(If known)* _____
Name

| Hand Brake - Tennsmith Model HB121-16 | $0.00 | | $500.00 |
| Pan Brake - Model 1.5 x 1220 | $0.00 | | $500.00 |
| Mechanical Shear - 1010 Cincinnati Shear | $0.00 | | $4,000.00 |
| Plasma Cutter - Powercut 650 W/25' | $0.00 | | $500.00 |
| Air Compressors | $0.00 | | $3,000.00 |
| Welders | $0.00 | | $2,500.00 |
| Mathews Paint System | $0.00 | | $200.00 |

51.   **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                          $149,550.00

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   517 Mason Ave.<br>Daytona Beach, FL 32117<br>Office/warehouse/factory | Fee Simple | $0.00 | Comparable | $650,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   Central Signs, LLC                                                                          Case number *(If known)* _____
         Name

| 55.2. | Vacant Commercial lot adjacent to 517 Mason Ave. Daytona Beach, FL 32117 E 15 FT OF W 45 FT OF LOT 1 BLK 13 KINGSTON MB 3 PG 95 INC PER OR 4207 PG 3011-3012 PER OR 5560 PG 0160 PER OR 7704 PG 3195 | Fee Simple | $0.00 | | $1,705.00 |

**56.** **Total of Part 9.**                                                      $651,705.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** central-signs.com | $0.00 | | $100.00 |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** Only from computer rendering files (hard copies stolen at time of purchase) | $0.00 | | $100.00 |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**                                                      $200.00

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor   Central Signs, LLC                                    Case number *(If known)*
_____
Name

68.      **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
         ■ No
         ☐ Yes

69.      **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                        **Current value of debtor's interest**

71.     **Notes receivable**
        Description (include name of obligor)
        Avis/Budget rent $3200.00 per month          38,400.00    -    0.00    =
        3 year lease agreement (14 months            Total face amount     doubtful or uncollectible amount
        remaining)                                                                        $38,400.00

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**
        Counter claim against Certified Signage, Inc. and Charles L.
        Cameron                                                                           Unknown
        **Nature of claim**    Misrepresentation in sale of
                               business to Debtor
        **Amount requested**        $0.00

        Potential claim for Malpractice or Wrongful acts by Business
        Broker and/or Attorney                                                            Unknown
        **Nature of claim**
        **Amount requested**        $0.00

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**                                                             $38,400.00

        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 7

Debtor  Central Signs, LLC
       Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $102,600.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $30,600.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,025.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $149,550.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $651,705.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $200.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $38,400.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $335,375.00 | + 91b. $651,705.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $987,080.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Central Signs, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Synovus Bank<br>Creditor's Name<br><br>960 Buford Hwy.<br>Cumming, GA 30041<br>Creditor's mailing address<br><br>patrickheatherington@synovus.com<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>5/17/2019<br>**Last 4 digits of account number**<br>7005<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Real property of Co. / blanket lien and homestead of principal Charles H. Hutcherson & Karen G. Hutcherson<br><br>**Describe the lien**<br>Mortgages, UCC-1<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,095,000.00 | $1,346,000.00 |
| **2.2** Synovus Bank<br>Creditor's Name<br><br>960 Buford Hwy.<br>Cumming, GA 30041<br>Creditor's mailing address<br><br>patrickheatherington@synovus.com<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>5/17/2019<br>**Last 4 digits of account number**<br>7008<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>A/R & inventory/machinery & equipment<br><br>**Describe the lien**<br>Secured line of credit<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $136,000.00 | $136,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  Central Signs, LLC
_____  Case number (if known) _____
Name

- [✓] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| 2.3 | Volusia County | Describe debtor's property that is subject to a lien | $9,725.00 | $650,000.00 |

Creditor's Name

Property Appraiser
123 W. Indiana Ave. Rm. 102
Deland, FL 32720

Creditor's mailing address

517 Mason Ave.
Daytona Beach, FL 32114

**Describe the lien**
2020 Real Property tax lien

**Is the creditor an insider or related party?**
- [✓] No
- [ ] Yes

vcpa@volusia.org

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [✓] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2020
**Last 4 digits of account number**
9688

**Do multiple creditors have an interest in the same property?**
- [✓] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        $3,240,725.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Central Signs, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address

Airgas USA, LLC
2015 Vaughn Road, Bldg 400
Kennesaw, GA 30144

Date(s) debt was incurred  2019
Last 4 digits of account number  2401

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Unpaid utility bills

Is the claim subject to offset? ☑ No  ☐ Yes

$1,898.18

---

**3.2**   Nonpriority creditor's name and mailing address

Capital One
PO Box 30285
Salt Lake City, UT 84130-0287

Date(s) debt was incurred  9/2019
Last 4 digits of account number  1131

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Spark Business Credit card purchases

Is the claim subject to offset? ☑ No  ☐ Yes

$19,500.00

---

**3.3**   Nonpriority creditor's name and mailing address

Certified Signage Inc.
103 Westwood Dr.
Daytona Beach, FL 32119

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

$5.00

---

**3.4**   Nonpriority creditor's name and mailing address

Charles L. Cameron
103 Westwood Dr.
Daytona Beach, FL 32119

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

$5.00

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Central Signs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address**
Cintas Corporation #01490149
1844 Holsonback Dr.
Daytona Beach, FL 32117

**Date(s) debt was incurred** _2019_

**Last 4 digits of account number** _1383_

**As of the petition filing date, the claim is:** *Check all that apply.*  $690.00
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Alleged Unpaid Service fees_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Citi Cards
Box 790046
St. Louis, MO 63179-0046

**Date(s) debt was incurred** _

**Last 4 digits of account number** _5182_

**As of the petition filing date, the claim is:** *Check all that apply.*  $2,807.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Credit card purchases_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**
Copyfax of MidFlorida Inc.
1310 Madrid Street
Ste 101
Marshall, MN 56258

**Date(s) debt was incurred** _

**Last 4 digits of account number** _5177_

**As of the petition filing date, the claim is:** *Check all that apply.*  $9,645.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Lease of Ricoh copier_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**
Ford, Miller & Wainer PA
1835 N. 3rd St.
Jacksonville Beach, FL 32250

**Date(s) debt was incurred** _2019_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $131,520.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Litigation Attorney's fees_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**
Glantz & Son, LLC
4408 36th Street
Orlando, FL 32811

**Date(s) debt was incurred** _

**Last 4 digits of account number** _3807_

**As of the petition filing date, the claim is:** *Check all that apply.*  $1,251.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Materials Supplies_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**
SmartTechnologies
771 Fentress BLVD, Ste 10
Daytona Beach, FL 32114

**Date(s) debt was incurred** _

**Last 4 digits of account number** _6360_

**As of the petition filing date, the claim is:** *Check all that apply.*  $6,400.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Service & Copy Contract_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**
Synovus Bank
960 Buford Hwy.
Cumming, GA 30041

**Date(s) debt was incurred** _2020-2021_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  $175,000.00
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Unsecured PPP loans_
_Expected to be 100% forgiven_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Central Signs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,554.00 |
|---|---|---|---|

**3.12** Nonpriority creditor's name and mailing address

UL, LLC
75 Remittance Dr.
Suite #1524
Chicago, IL 60675-1524

**Date(s) debt was incurred** _

**Last 4 digits of account number**  1307

As of the petition filing date, the claim is: Check all that apply.        $2,554.00

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Alleged Unpaid Service fees

Is the claim subject to offset? ☑ No  ☐ Yes

**3.13** Nonpriority creditor's name and mailing address

YP, LLC
PO Box 5010
Carol Stream, IL 60197-5010

**Date(s) debt was incurred**  2019

**Last 4 digits of account number**  0001

As of the petition filing date, the claim is: Check all that apply.        $5,627.00

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Alleged Trade debt

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Schwartz & Stafford, PA<br>2101 Sardis Road North<br>Suite 208<br>Charlotte, NC 28227 | Line  3.13 <br>☐ Not listed. Explain ____ | _ |
| 4.2 | Tucker H. Byrd, Esq<br>180 Park Ave. North Ste. 2A<br>Winter Park, FL 32789 | Line  3.3 <br>☐ Not listed. Explain ____ | _ |
| 4.3 | Tucker H. Byrd, Esq.<br>180 Park Ave. North Ste. 2A<br>Winter Park, FL 32789 | Line  3.4 <br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 356,902.18 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 356,902.18 |

| Fill in this information to identify the case: |
|---|

Debtor name    Central Signs, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Contract for: purchase order | |
| | State the term remaining | | Aaron Delgado |
| | List the contract number of any government contract | | 301 Dunlawton Ave. Port Orange, FL 32127 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Contract for: purchase order | |
| | State the term remaining | | Atlantic Coast Prosthodontic |
| | List the contract number of any government contract | | 1509 Mason Ave. Daytona Beach, FL 32117 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | 3 year lease agreement for space in debtor's real property. Expires 3/31/2022 | |
| | State the term remaining | 13 months | Avis/Budget |
| | List the contract number of any government contract | | 517 Mason Ave Daytons Beach, FL 32117 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Lease of Ricoh Copier | |
| | State the term remaining | 38 months | Copyfax of MidFlorida Inc. |
| | List the contract number of any government contract | | 1310 Madrid Street Ste 101 Marshall, MN 56258 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | Central Signs, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

Contract for: purchase order

State the term remaining

List the contract number of any government contract

Inlet Harbor Marina
133 Inlet Harbor Rd.
Ponce Inlet, FL 32127

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

Contract for: purchase order

State the term remaining

List the contract number of any government contract

O'Reilly Auto Parts
2545 US1
Mims, FL 32754

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

Contract for: purchase order

State the term remaining

List the contract number of any government contract

Otter Self Storage
1015 S Woodland Blvd.
Deland, FL 32720

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

Contract for: purchase order

State the term remaining

List the contract number of any government contract

Otter Self Storage
915 Shadick Dr.
Orange City, FL 32763

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

Contract for: purchase order

State the term remaining

List the contract number of any government contract

RPT Realty
25801 US Hwy 19 North
Clearwater, FL 33763

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

Service of leased copier, and copies

State the term remaining

16 months

List the contract number of any

SmartTechnologies
771 Fentress BLVD, Ste 10
Daytona Beach, FL 32114

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1   Central Signs, LLC
      First Name          Middle Name         Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _Central Signs, LLC_

United States Bankruptcy Court for the: _MIDDLE DISTRICT OF FLORIDA_

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Charles H. Hutcherson | 517 Mason Ave. Daytona Beach, FL 32117 | Synovus Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.2 | Charles H. Hutcherson | 517 Mason Ave. Daytona Beach, FL 32117 | Synovus Bank | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.3 | Karen G. Hutcherson | 517 Mason Ave. Daytona Beach, FL 32117 | Synovus Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   Central Signs, LLC

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From  1/01/2021 to Filing Date | ☑ Operating a business<br>☐ Other | $40,000.00 |
| For prior year:<br>From  1/01/2020 to 12/31/2020 | ☑ Operating a business<br>☐ Other | $393,922.71 |
| For year before that:<br>From  5/01/2019 to  12/31/2019 | ☑ Operating a business<br>☐ Other | $271,228.64 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    Central Signs, LLC _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Capital One/Spark Business PO Box 105474 Atlanta, GA 30348-5474 | Last 3 months | $13,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. Synovus Bank 960 Buford Hwy. Cummings, GA 30041 | 1/19/2021 | $28,556.45 | ☑ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Charles H. Hutcherson 517 Mason Ave. Daytona Beach, FL 32117 100% owner | 2020-2021 | $100,800.00 | Regular annual salary |
| 4.2. Karen G Hutcherson 517 Mason Ave. Daytona Beach, FL 32117 Wife of owner | 2020-2021 | $23,920.00 | Regular annual salary |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was repossessed by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Central Signs, LLC _____   Case number *(if known)* _____

☑ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and<br>how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property<br>lost |
|---|---|---|---|

---

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received<br>the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or<br>value |
|---|---|---|---|---|
| 11.1. | Anne-Marie L. Bowen, P.A.<br>816 N. Thornton Ave.<br>Orlando, FL 32803 | $7500.00 Attorney's Fees, plus $1738 Court<br>filing fee | 3/2021 | $9,238.00 |
| | **Email or website address**<br>courtdocs@bowenbankruptcylaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    Central Signs, LLC _____    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Latham, Luna, Eden & Beaudine, LLP 111 N. Magnolia Ave. #1400 Orlando, FL 32801 | Attorney's fees | 3/2021 | $7,500.00 |
| | **Email or website address** jluna@lathamluna.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Tree Surgeon | Barter of old Ford F150 Van with bucket reach for multiple trees removed | Sept. 2019 | $3,000.00 |
| | **Relationship to debtor** | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Debtor | Central Signs, LLC | Case number (if known) | |
|---|---|---|---|

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Central Signs, LLC | Case number (if known) | |
|---|---|---|---|

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- ☑ No.
- ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ☑ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

- ☑ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25.** **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26.** **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Kevin Green, CPA<br>4540 Southside Blvd. #303<br>Jacksonville, FL 32216 | Tax preparer 2019, 2020 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Charles Hutcherson<br>517 Mason Ave.<br>Daytona Beach, FL 32117 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Central Signs, LLC                                    Case number *(if known)*

statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  Synovus Bank<br>960 Buford Hwy.<br>Cumming, GA 30041 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No<br>
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles H. Hutcherson | 517 Mason Ave.<br>Daytona Beach, FL 32117 | MGR, Sole owner | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No<br>
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No<br>
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1  Charles H Hutcherson<br>517 Mason Ave<br>Daytons Beach, FL 32117 | $100,880.00 | 2020-2021 | Regular annual salary |
| **Relationship to debtor**<br>Owner/MGR | | | |
| 30.2  Karen G. Hutcherson<br>517 Mason Ave.<br>Daytona Beach, FL 32117 | $23,920.00 | 2020-2021 | Regular annual salary |
| **Relationship to debtor**<br>Wife of owner | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No<br>
☐ Yes. Identify below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    Central Signs, LLC                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 26, 2021**

/s/ Charles H. Hutcherson                            Charles H. Hutcherson
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    MGR

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re    Central Signs, LLC                           Case No. _____

                               Debtor(s)           Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Charles H. Hutcherson<br>517 Mason Ave.<br>Daytona Beach, FL 32117 | MGR | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the MGR of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   March 26, 2021                     Signature   /s/ Charles H. Hutcherson

                                                               Charles H. Hutcherson

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    Central Signs, LLC                                                          Case No. _____

                                         Debtor(s)                  Chapter     11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the MGR of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    March 26, 2021                       /s/ Charles H. Hutcherson _____

                                                Charles H. Hutcherson/MGR
                                                Signer/Title

Central Signs, LLC
517 Mason Ave.
Daytona Beach, FL 32117

Cintas Corporation #01490149
1844 Holsonback Dr.
Daytona Beach, FL 32117

Otter Self Storage
915 Shadick Dr.
Orange City, FL 32763

Anne-Marie L. Bowen
Anne-Marie L. Bowen, P.A.
816 N. Thornton Ave.
Orlando, FL 32803

Citi Cards
Box 790046
St. Louis, MO 63179-0046

RPT Realty
25801 US Hwy 19 North
Clearwater, FL 33763

Aaron Delgado
301 Dunlawton Ave.
Port Orange, FL 32127

Copyfax of MidFlorida Inc.
1310 Madrid Street
Ste 101
Marshall, MN 56258

Schwartz & Stafford, PA
2101 Sardis Road North
Suite 208
Charlotte, NC 28227

Airgas USA, LLC
2015 Vaughn Road, Bldg 400
Kennesaw, GA 30144

Ford, Miller & Wainer PA
1835 N. 3rd St.
Jacksonville Beach, FL 32250

SmartTechnologies
771 Fentress BLVD, Ste 10
Daytona Beach, FL 32114

Atlantic Coast Prosthodontic
1509 Mason Ave.
Daytona Beach, FL 32117

Glantz & Son, LLC
4408 36th Street
Orlando, FL 32811

Synovus Bank
960 Buford Hwy.
Cumming, GA 30041

Capital One
PO Box 30285
Salt Lake City, UT 84130-0287

Inlet Harbor Marina
133 Inlet Harbor Rd.
Ponce Inlet, FL 32127

Tucker H. Byrd, Esq
180 Park Ave. North Ste. 2A
Winter Park, FL 32789

Certified Signage Inc.
103 Westwood Dr.
Daytona Beach, FL 32119

Karen G. Hutcherson
517 Mason Ave.
Daytona Beach, FL 32117

Tucker H. Byrd, Esq.
180 Park Ave. North Ste. 2A
Winter Park, FL 32789

Charles H. Hutcherson
517 Mason Ave.
Daytona Beach, FL 32117

O'Reilly Auto Parts
2545 US1
Mims, FL 32754

UL, LLC
75 Remittance Dr.
Suite #1524
Chicago, IL 60675-1524

Charles L. Cameron
103 Westwood Dr.
Daytona Beach, FL 32119

Otter Self Storage
1015 S Woodland Blvd.
Deland, FL 32720

Volusia County
Property Appraiser
123 W. Indiana Ave. Rm. 102
Deland, FL 32720

YP, LLC
PO Box 5010
Carol Stream, IL 60197-5010

## United States Bankruptcy Court
### Middle District of Florida

In re   Central Signs, LLC _____     Case No. _____

_____     Chapter     11 _____
Debtor(s)

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Central Signs, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

March 26, 2021 _____     /s/Anne-Marie L. Bowen _____
Date                                Anne-Marie L. Bowen 708161

                                    Signature of Attorney or Litigant
                                    Counsel for   Central Signs, LLC
                                    Anne-Marie L. Bowen, P.A.
                                    816 N. Thornton Ave.
                                    Orlando, FL 32803
                                    407-228-1300 Fax:407-228-6605
                                    courtdocs@bowenbankruptcylaw.com

March 26, 2021 _____     /s/Justin M. Luna _____
Date                                Justin M. Luna 37131

                                    Signature of Attorney or Litigant
                                    Counsel for   Central Signs, LLC
                                    Latham, Luna, Eden & Beaudine, LLP
                                    111 N. Magnolia Ave., Ste. 1400
                                    Orlando, FL 32801
                                    407*481-5804
                                    jluna@lathamluna,com