| | Actual Year 1 Central Signs 2020 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ordinary Income/Expense | Year One Post Closing | | Year One Post Closing | | Year One Post Closing | | Year One Post Closing | | Year One Post Closing | | Year One Post Closing | |
| | January #1 | | February #2 | | March #3 | | April #4 | | May #5 | | June #6 | |
| **Income** | | | | | | | | | | | | |
| Sales Income (Actual) | $ 33,012 | | $ 94,958 | | $ 47,533 | | $ 27,877 | | $ 22,865 | | $ 18,825 | |
| **Total Income** | **$ 33,012** | 100.00% | **$ 94,958** | 100.00% | **$ 47,533** | 100.00% | **$ 27,877** | 100.00% | **$ 22,865** | 100.00% | **$ 18,825** | 100.00% |
| **Avg weekly payroll** | **$ 8,000** | | **$ 8,000** | | **$ 7,500** | | **$ 7,000** | | **$ 7,000** | | **$ 6,500** | |
| Materials | $ 8,253 | 25.00% | $ 23,740 | 25.00% | $ 11,883.25 | 25.00% | $ 6,969 | 25.00% | $ 5,716 | 25.00% | $ 4,706 | 25.00% |
| Sub-Contract | $ 330 | 1.00% | $ 950 | 1.00% | $ 475.33 | 1.00% | $ 279 | 1.00% | $ 229 | 1.00% | $ 188 | 1.00% |
| Production/Office Wages | $ 32,000 | 400.00% | $ 32,000 | 400.00% | $ 30,000.00 | 400.00% | $ 28,000 | 400.00% | $ 28,000 | 400.00% | $ 26,000 | 400.00% |
| Permits License Registration | $ 660 | 2.00% | $ 1,899 | 2.00% | $ 950.66 | 2.00% | $ 558 | 2.00% | $ 457 | 2.00% | $ 377 | 2.00% |
| Travel Expenses & PerDiem | $ 165 | 0.50% | $ 475 | 0.50% | $ 237.67 | 0.50% | $ 139 | 0.50% | $ 114 | 0.50% | $ 94 | 0.50% |
| Equipment Rental | $ 825 | 2.50% | $ 2,374 | 2.50% | $ 1,188.33 | 2.50% | $ 697 | 2.50% | $ 572 | 2.50% | $ 471 | 2.50% |
| **Total COGS** | **$ 42,234** | 127.93% | **$ 61,437** | 64.70% | **$ 44,735** | 94.11% | **$ 36,642** | 131.44% | **$ 35,088** | 153.46% | **$ 31,836** | 169.11% |
| **Gross Profit** | **$ (9,222)** | -27.93% | **$ 33,521** | 35.30% | **$ 2,798** | 5.89% | **$ (8,765)** | -31.44% | **$ (12,223)** | -53.46% | **$ (13,011)** | -69.11% |
| **Expense** | | | | | | | | | | | | |
| Charital Expenses | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% |
| Equipment Expense | $ 165 | 0.50% | $ 475 | 0.50% | $ 238 | 0.50% | $ 139 | 0.50% | $ 114 | 0.50% | $ 94 | 0.50% |
| Disposal/ Waste | $ 50 | 0.15% | $ 142 | 0.15% | $ 71 | 0.15% | $ 42 | 0.15% | $ 34 | 0.15% | $ 28 | 0.15% |
| Advertising Expenses | $ 330 | 1.00% | $ 950 | 1.00% | $ 475 | 1.00% | $ 279 | 1.00% | $ 229 | 1.00% | $ 188 | 1.00% |
| Bank Service Charges | $ 50 | 0.15% | $ 142 | 0.15% | $ 71 | 0.15% | $ 42 | 0.15% | $ 34 | 0.15% | $ 28 | 0.15% |
| Staff Business Meetings | $ 33 | 0.10% | $ 95 | 0.10% | $ 48 | 0.10% | $ 28 | 0.10% | $ 23 | 0.10% | $ 19 | 0.10% |
| Car/Truck Expense | $ 33 | 0.10% | $ 95 | 0.10% | $ 48 | 0.10% | $ 28 | 0.10% | $ 23 | 0.10% | $ 19 | 0.10% |
| Fuel | $ 363 | 1.10% | $ 1,045 | 1.10% | $ 523 | 1.10% | $ 307 | 1.10% | $ 252 | 1.10% | $ 207 | 1.10% |
| Repair & Maint Equip & Trucks | $ 660 | 2.00% | $ 1,899 | 2.00% | $ 951 | 2.00% | $ 558 | 2.00% | $ 457 | 2.00% | $ 377 | 2.00% |
| Auto Insurance | $ 1,350 | 0.00% | $ 1,350 | 0.00% | $ 1,350 | 0.00% | $ 1,350 | 0.00% | $ 1,350 | 0.00% | $ 1,350 | 0.00% |
| Insurance - Other | $ 1,500 | 0.00% | $ 1,500 | 0.00% | $ 1,500 | 0.00% | $ 1,500 | 0.00% | $ 1,500 | 0.00% | $ 1,500 | 0.00% |
| Office Supplies / Copier | $ 450 | 0.00% | $ 450 | 0.00% | $ 450 | 0.00% | $ 450 | 0.00% | $ 450 | 0.00% | $ 450 | 0.00% |
| Outside Sales Commissions | $ 330 | 1.00% | $ 950 | 1.00% | $ 475 | 1.00% | $ 279 | 1.00% | $ 229 | 1.00% | $ 188 | 1.00% |
| Garbage/Water | $ 660 | 2.00% | $ 1,899 | 2.00% | $ 951 | 2.00% | $ 558 | 2.00% | $ 457 | 2.00% | $ 377 | 2.00% |
| Office Expenses Postage/Shipping | $ 33 | 0.10% | $ 95 | 0.10% | $ 48 | 0.10% | $ 28 | 0.10% | $ 23 | 0.10% | $ 19 | 0.10% |
| Accounting Fees | $ 66 | 0.20% | $ 190 | 0.20% | $ 95 | 0.20% | $ 56 | 0.20% | $ 46 | 0.20% | $ 38 | 0.20% |
| Engineering | $ 165 | 0.50% | $ 475 | 0.50% | $ 238 | 0.50% | $ 139 | 0.50% | $ 114 | 0.50% | $ 94 | 0.50% |
| Legal Fees | $ 1,320 | 4.00% | $ 3,798 | 4.00% | $ 1,901 | 4.00% | $ 1,115 | 4.00% | $ 915 | 4.00% | $ 753 | 4.00% |
| Repairs & Maint Building | $ 165 | 0.50% | $ 475 | 0.50% | $ 238 | 0.50% | $ 139 | 0.50% | $ 114 | 0.50% | $ 94 | 0.50% |
| Sales Tax on Avis Lease | $ 195 | 6.50% | $ 195 | 6.50% | $ 195 | 6.50% | $ 195 | 6.50% | $ 195 | 6.50% | $ 195 | 6.50% |
| Property-Misc Taxes | $ 825 | 2.50% | $ 2,374 | 2.50% | $ 1,188 | 2.50% | $ 697 | 2.50% | $ 572 | 2.50% | $ 471 | 2.50% |
| Telephone,Cell Phone & Internet | $ 450 | 0.00% | $ 450 | 0.00% | $ 450 | 0.00% | $ 450 | 0.00% | $ 450 | 0.00% | $ 450 | 0.00% |
| Utilities | $ 990 | 3.00% | $ 2,849 | 3.00% | $ 1,426 | 3.00% | $ 836 | 3.00% | $ 686 | 3.00% | $ 565 | 3.00% |
| **Total Expense** | **$ 10,184** | 30.85% | **$ 21,892** | 23.05% | **$ 12,929** | 27.20% | **$ 9,214** | 33.05% | **$ 8,266** | 36.15% | **$ 7,503** | 39.86% |
| **Net Ordinary Income** | **$ (19,406)** | -58.78% | **$ 11,629** | 12.25% | **$ (10,131)** | -21.31% | **$ (17,979)** | -64.49% | **$ (20,490)** | -89.61% | **$ (20,514)** | -108.97% |
| **Other expenses: Mortgage** | $ 29,000 | 87.85% | $ 29,000 | 30.54% | $ 29,000 | 61.01% | $ 29,000 | 104.03% | $ 29,000 | 126.83% | $ 29,000 | 154.05% |
| **Other Income (Avis Rent)** | $ 3,200 | 9.69% | $ 3,200 | 3.37% | $ 3,200 | 6.73% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% |
| **Net Income (Loss)** | **$ (45,206)** | -136.94% | **$ (14,171)** | -14.92% | **$ (35,931)** | -75.59% | **$ (46,979)** | -168.52% | **$ (49,490)** | -216.44% | **$ (49,514)** | -263.02% |

| Actual Year 1 Central Signs 2020 | | | | | | | | | | | | Actual Year 1 Central Signs 2020 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year One Post Closing July #7 | | Year One Post Closing August #8 | | Year One Post Closing September #9 | | Year One Post Closing October #10 | | Year One Post Closing November #11 | | Year One Post Closing December #12 | | Year One Post Closing Total 12 Mos. | |
| $ 17,809 | | $ 16,884 | | $ 8,047 | | $ 38,400 | | $ 27,822 | | $ 39,891 | | $ 393,923 | |
| $ 17,809 | 100.00% | $ 16,884 | 100.00% | $ 8,047 | 100.00% | $ 38,400 | 100.00% | $ 27,822 | 100.00% | $ 39,891 | 100.00% | $ 393,923 | 100.00% |
| $ 6,500 | | $ 6,500 | | $ 6,500 | | $ 7,500 | | $ 7,000 | | $ 7,500 | | | |
| $ 4,452 | 25.00% | $ 4,221 | 25.00% | $ 2,012 | 25.00% | $ 9,600 | 25.00% | $ 6,956 | 25.00% | $ 9,972.8 | 25.00% | $ 98,481 | 25.00% |
| $ 178 | 1.00% | $ 169 | 1.00% | $ 80 | 1.00% | $ 384 | 1.00% | $ 278 | 1.00% | $ 398.9 | 1.00% | $ 3,939 | 1.00% |
| $ 26,000 | 400.00% | $ 26,000 | 400.00% | $ 26,000 | 400.00% | $ 30,000 | 400.00% | $ 28,000 | 400.00% | $ 30,000.0 | 400.00% | $ 342,000 | 86.82% |
| $ 356 | 2.00% | $ 338 | 2.00% | $ 161 | 2.00% | $ 768 | 2.00% | $ 556 | 2.00% | $ 797.8 | 2.00% | $ 7,878 | 2.00% |
| $ 89 | 0.50% | $ 84 | 0.50% | $ 40 | 0.50% | $ 192 | 0.50% | $ 139 | 0.50% | $ 199.5 | 0.50% | $ 1,970 | 0.50% |
| $ 445 | 2.50% | $ 422 | 2.50% | $ 201 | 2.50% | $ 960 | 2.50% | $ 696 | 2.50% | $ 997.3 | 2.50% | $ 9,848 | 2.50% |
| $ 31,521 | 176.99% | $ 31,234 | 184.99% | $ 28,495 | 354.10% | $ 41,904 | 109.13% | $ 36,625 | 131.64% | $ 42,366 | 106.20% | $ 464,116 | 117.82% |
| $ (13,712) | -76.99% | $ (14,350) | -84.99% | $ (20,448) | -254.10% | $ (3,504) | -9.13% | $ (8,803) | -31.64% | $ (2,475) | -6.20% | $ (70,193) | -17.82% |
| $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% |
| $ 89 | 0.50% | $ 84 | 0.50% | $ 40 | 0.50% | $ 192 | 0.50% | $ 139 | 0.50% | $ 199 | 0.50% | $ 1,970 | 0.50% |
| $ 27 | 0.15% | $ 25 | 0.15% | $ 12 | 0.15% | $ 58 | 0.15% | $ 42 | 0.15% | $ 60 | 0.15% | $ 591 | 0.15% |
| $ 178 | 1.00% | $ 169 | 1.00% | $ 80 | 1.00% | $ 384 | 1.00% | $ 278 | 1.00% | $ 399 | 1.00% | $ 3,939 | 1.00% |
| $ 27 | 0.15% | $ 25 | 0.15% | $ 12 | 0.15% | $ 58 | 0.15% | $ 42 | 0.15% | $ 60 | 0.15% | $ 591 | 0.15% |
| $ 18 | 0.10% | $ 17 | 0.10% | $ 8 | 0.10% | $ 38 | 0.10% | $ 28 | 0.10% | $ 40 | 0.10% | $ 394 | 0.10% |
| $ 18 | 0.10% | $ 17 | 0.10% | $ 8 | 0.10% | $ 38 | 0.10% | $ 28 | 0.10% | $ 40 | 0.10% | $ 394 | 0.10% |
| $ 196 | 1.10% | $ 186 | 1.10% | $ 89 | 1.10% | $ 422 | 1.10% | $ 306 | 1.10% | $ 439 | 1.10% | $ 4,333 | 1.10% |
| $ 356 | 2.00% | $ 338 | 2.00% | $ 161 | 2.00% | $ 768 | 2.00% | $ 556 | 2.00% | $ 798 | 2.00% | $ 7,878 | 2.00% |
| $ 1,350 | 0.00% | $ 1,350 | 0.00% | $ 1,350 | 0.00% | $ 1,350 | 0.00% | $ 1,350 | 0.00% | $ - | 0.00% | $ 14,850 | 3.77% |
| $ 1,500 | 0.00% | $ 1,500 | 0.00% | $ 1,500 | 0.00% | $ 1,500 | 0.00% | $ 1,500 | 0.00% | $ - | 0.00% | $ 16,500 | 4.19% |
| $ 450 | 0.00% | $ 450 | 0.00% | $ 450 | 0.00% | $ 450 | 0.00% | $ 450 | 0.00% | $ 450 | 0.00% | $ 5,400 | 1.37% |
| $ 178 | 1.00% | $ 169 | 1.00% | $ 80 | 1.00% | $ 384 | 1.00% | $ 278 | 1.00% | $ 399 | 1.00% | $ 3,939 | 1.00% |
| $ 356 | 2.00% | $ 338 | 2.00% | $ 161 | 2.00% | $ 768 | 2.00% | $ 556 | 2.00% | $ 798 | 2.00% | $ 7,878 | 2.00% |
| $ 18 | 0.10% | $ 17 | 0.10% | $ 8 | 0.10% | $ 38 | 0.10% | $ 28 | 0.10% | $ 40 | 0.10% | $ 394 | 0.10% |
| $ 36 | 0.20% | $ 34 | 0.20% | $ 16 | 0.20% | $ 77 | 0.20% | $ 56 | 0.20% | $ 80 | 0.20% | $ 788 | 0.20% |
| $ 89 | 0.50% | $ 84 | 0.50% | $ 40 | 0.50% | $ 192 | 0.50% | $ 139 | 0.50% | $ 199 | 0.50% | $ 1,970 | 0.50% |
| $ 712 | 4.00% | $ 675 | 4.00% | $ 322 | 4.00% | $ 1,536 | 4.00% | $ 1,113 | 4.00% | $ 1,596 | 4.00% | $ 15,757 | 4.00% |
| $ 89 | 0.50% | $ 84 | 0.50% | $ 40 | 0.50% | $ 192 | 0.50% | $ 139 | 0.50% | $ 199 | 0.50% | $ 1,970 | 0.50% |
| $ 195 | 6.50% | $ 195 | 6.50% | $ 195 | 6.50% | $ 195 | 6.50% | $ 195 | 6.50% | $ 195 | 6.50% | $ 2,340 | 0.59% |
| $ 445 | 2.50% | $ 422 | 2.50% | $ 201 | 2.50% | $ 960 | 2.50% | $ 696 | 2.50% | $ 997 | 2.50% | $ 9,848 | 2.50% |
| $ 450 | 0.00% | $ 450 | 0.00% | $ 450 | 0.00% | $ 450 | 0.00% | $ 450 | 0.00% | $ 450 | 0.00% | $ 5,400 | 1.37% |
| $ 534 | 3.00% | $ 507 | 3.00% | $ 241 | 3.00% | $ 1,152 | 3.00% | $ 835 | 3.00% | $ 1,197 | 3.00% | $ 11,818 | 3.00% |
| $ 7,311 | 41.05% | $ 7,136 | 42.27% | $ 5,466 | 67.92% | $ 11,203 | 29.17% | $ 9,203 | 33.08% | $ 8,634 | 21.64% | $ 118,941 | 30.19% |
| $ (21,023) | -118.05% | $ (21,486) | -127.26% | $ (25,913) | -322.03% | $ (14,707) | -38.30% | $ (18,006) | -64.72% | $ (11,110) | -27.85% | $ (189,135) | -48.01% |
| $ 29,000 | 162.84% | $ 29,000 | 171.76% | $ 29,000 | 360.38% | $ 29,000 | 75.52% | $ 29,000 | 104.23% | $ 29,000 | 72.70% | $ - | 0.00% |
| $ 3,200 | 17.97% | $ 3,200 | 18.95% | $ 3,200 | 39.77% | $ 3,200 | 8.33% | $ 3,200 | 11.50% | $ 3,200 | 8.02% | $ 28,800 | 7.31% |
| $ (46,823) | -262.92% | $ (47,286) | -280.06% | $ (51,713) | -642.64% | $ (40,507) | -105.49% | $ (43,806) | -157.45% | $ (36,910) | -92.53% | $ (160,335) | -40.70% |

**Actual Year 1 Central Signs 2021**

| Ordinary Income/Expense | Year One Post Closing January #1 | | Year One Post Closing February #2 | | Year One Post Closing March #3 | | Year One Post Closing April #4 | | Year One Post Closing May #5 | | Year One Post Closing June #6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | |
| Sales Income (Actual) | $ | 15,830 | $ | 9,713 | $ | - | $ | - | $ | - | $ | - |
| **Total Income** | $ | 15,830  100.00% | $ | 9,713  100.00% | $ | -  100.00% | $ | -  100.00% | $ | -  100.00% | $ | -  100.00% |
| **Avg weekly payroll** | $ | 6,500 | $ | 6,000 | $ | - | $ | - | $ | - | $ | - |
| Materials | $ | 3,958  25.00% | $ | 2,428  25.00% | $ | -  25.00% | $ | -  25.00% | $ | -  25.00% | $ | -  25.00% |
| Sub-Contract | $ | 158  1.00% | $ | 97  1.00% | $ | -  1.00% | $ | -  1.00% | $ | -  1.00% | $ | -  1.00% |
| Production/Office Wages | $ | 26,000  400.00% | $ | 24,000  400.00% | $ | -  400.00% | $ | -  400.00% | $ | -  400.00% | $ | -  400.00% |
| Permits License Registration | $ | 317  2.00% | $ | 194  2.00% | $ | -  2.00% | $ | -  2.00% | $ | -  2.00% | $ | -  2.00% |
| Travel Expenses & PerDiem | $ | 79  0.50% | $ | 49  0.50% | $ | -  0.50% | $ | -  0.50% | $ | -  0.50% | $ | -  0.50% |
| Equipment Rental | $ | 396  2.50% | $ | 243  2.50% | $ | -  2.50% | $ | -  2.50% | $ | -  2.50% | $ | -  2.50% |
| **Total COGS** | $ | 30,907  195.25% | $ | 27,011  278.09% | $ | -  #DIV/0! | $ | -  #DIV/0! | $ | -  #DIV/0! | $ | -  #DIV/0! |
| **Gross Profit** | $ | (15,077)  -95.25% | $ | (17,298)  -178.09% | $ | -  #DIV/0! | $ | -  #DIV/0! | $ | -  #DIV/0! | $ | -  #DIV/0! |
| **Expense** | | | | | | | | | | | | |
| Charital Expenses | $ | -  0.00% | $ | -  0.00% | $ | -  0.00% | $ | -  0.00% | $ | -  0.00% | $ | -  0.00% |
| Equipment Expense | $ | 79  0.50% | $ | 49  0.50% | $ | -  0.50% | $ | -  0.50% | $ | -  0.50% | $ | -  0.50% |
| Disposal/ Waste | $ | 24  0.15% | $ | 15  0.15% | $ | -  0.15% | $ | -  0.15% | $ | -  0.15% | $ | -  0.15% |
| Advertising Expenses | $ | 158  1.00% | $ | 97  1.00% | $ | -  1.00% | $ | -  1.00% | $ | -  1.00% | $ | -  1.00% |
| Bank Service Charges | $ | 24  0.15% | $ | 15  0.15% | $ | -  0.15% | $ | -  0.15% | $ | -  0.15% | $ | -  0.15% |
| Staff Business Meetings | $ | 16  0.10% | $ | 10  0.10% | $ | -  0.10% | $ | -  0.10% | $ | -  0.10% | $ | -  0.10% |
| Car/Truck Expense | $ | 16  0.10% | $ | 10  0.10% | $ | -  0.10% | $ | -  0.10% | $ | -  0.10% | $ | -  0.10% |
| Fuel | $ | 174  1.10% | $ | 107  1.10% | $ | -  1.10% | $ | -  1.10% | $ | -  1.10% | $ | -  1.10% |
| Repair & Maint Equip & Trucks | $ | 317  2.00% | $ | 194  2.00% | $ | -  2.00% | $ | -  2.00% | $ | -  2.00% | $ | -  2.00% |
| Auto Insurance | $ | 1,350  0.00% | $ | 1,350  0.00% | $ | 1,350  0.00% | | 0.00% | | 0.00% | | 0.00% |
| Insurance - Other | $ | 1,650  0.00% | $ | 1,650  0.00% | $ | 1,650  0.00% | | 0.00% | | 0.00% | | 0.00% |
| Office Supplies / Copier | $ | 450  0.00% | $ | 450  0.00% | $ | 450  0.00% | | 0.00% | | 0.00% | | 0.00% |
| Outside Sales Commissions | $ | 158  1.00% | $ | 97  1.00% | $ | -  1.00% | $ | -  1.00% | $ | -  1.00% | $ | -  1.00% |
| Garbage/Water | $ | 317  2.00% | $ | 194  2.00% | $ | -  2.00% | $ | -  2.00% | $ | -  2.00% | $ | -  2.00% |
| Office Expenses Postage/Shipping | $ | 16  0.10% | $ | 10  0.10% | $ | -  0.10% | $ | -  0.10% | $ | -  0.10% | $ | -  0.10% |
| Accounting Fees | $ | 32  0.20% | $ | 19  0.20% | $ | -  0.20% | $ | -  0.20% | $ | -  0.20% | $ | -  0.20% |
| Engineering | $ | 79  0.50% | $ | 49  0.50% | $ | -  0.50% | $ | -  0.50% | $ | -  0.50% | $ | -  0.50% |
| Legal Fees | $ | 633  4.00% | $ | 389  4.00% | $ | -  4.00% | $ | -  4.00% | $ | -  4.00% | $ | -  4.00% |
| Repairs & Maint Building | $ | 79  0.50% | $ | 49  0.50% | $ | -  0.50% | $ | -  0.50% | $ | -  0.50% | $ | -  0.50% |
| Sales Tax on Avis Lease | $ | 195  6.50% | $ | 195  6.50% | $ | 195  6.50% | | 6.50% | | 6.50% | | 6.50% |
| Property-Misc Taxes | $ | 396  2.50% | $ | 243  2.50% | $ | -  2.50% | $ | -  2.50% | $ | -  2.50% | $ | -  2.50% |
| Telephone,Cell Phone & Internet | $ | 450  0.00% | $ | 450  0.00% | $ | 450  0.00% | | 0.00% | | 0.00% | | 0.00% |
| Utilities | $ | 475  3.00% | $ | 291  3.00% | $ | -  3.00% | $ | -  3.00% | $ | -  3.00% | $ | -  3.00% |
| **Total Expense** | $ | 7,087  44.77% | $ | 5,931  61.06% | $ | 4,095  #DIV/0! | $ | -  #DIV/0! | $ | -  #DIV/0! | $ | -  #DIV/0! |
| **Net Ordinary Income** | $ | (22,164)  -140.01% | $ | (23,229)  -239.15% | $ | (4,095)  #DIV/0! | $ | -  #DIV/0! | $ | -  #DIV/0! | $ | -  #DIV/0! |
| **Other expenses: Mortgage** | $ | 29,000  183.20% | $ | 29,000  298.57% | $ | 29,000  #DIV/0! | | #DIV/0! | | #DIV/0! | | #DIV/0! |
| **Other Income (Avis Rent)** | $ | 3,200  20.21% | $ | 3,200  32.95% | $ | 3,200  #DIV/0! | | #DIV/0! | | #DIV/0! | | #DIV/0! |
| **Net Income (Loss)** | $ | (47,964)  -303.00% | $ | (49,029)  -504.77% | $ | (29,895)  #DIV/0! | $ | -  #DIV/0! | $ | -  #DIV/0! | $ | -  #DIV/0! |

**\*\* Row 13, Add $1200/ month to formula From April forward**

| Actual Year 1 Central Signs 2021 | | | | | | | | | | | | Actual Year 1 Central Signs 2021 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year One Post Closing | | Year One Post Closing | | Year One Post Closing | | Year One Post Closing | | Year One Post Closing | | Year One Post Closing | | Year One Post Closing | |
| July #7 | | August #8 | | September #9 | | October #10 | | November #11 | | December #12 | | Total 12 Mos. | |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | $ 25,543 | |
| $ - | 100.00% | $ - | 100.00% | $ - | 100.00% | $ - | 100.00% | $ - | 100.00% | $ - | 100.00% | $ 25,543 | 100.00% |
| $ - | | $ - | | $ - | | $ - | | $ - | | $ - | | | |
| $ - | 25.00% | $ - | 25.00% | $ - | 25.00% | $ - | 25.00% | $ - | 25.00% | $ - | 25.00% | $ 6,386 | 25.00% |
| $ - | 1.00% | $ - | 1.00% | $ - | 1.00% | $ - | 1.00% | $ - | 1.00% | $ - | 1.00% | $ 255 | 1.00% |
| $ - | 400.00% | $ - | 400.00% | $ - | 400.00% | $ - | 400.00% | $ - | 400.00% | $ - | 400.00% | $ 50,000 | 195.75% |
| $ - | 2.00% | $ - | 2.00% | $ - | 2.00% | $ - | 2.00% | $ - | 2.00% | $ - | 2.00% | $ 511 | 2.00% |
| $ - | 0.50% | $ - | 0.50% | $ - | 0.50% | $ - | 0.50% | $ - | 0.50% | $ - | 0.50% | $ 128 | 0.50% |
| $ - | 2.50% | $ - | 2.50% | $ - | 2.50% | $ - | 2.50% | $ - | 2.50% | $ - | 2.50% | $ 639 | 2.50% |
| $ - | #DIV/0! | $ - | #DIV/0! | $ - | #DIV/0! | $ - | #DIV/0! | $ - | #DIV/0! | $ - | #DIV/0! | $ 57,918 | 226.75% |
| $ - | #DIV/0! | $ - | #DIV/0! | $ - | #DIV/0! | $ - | #DIV/0! | $ - | #DIV/0! | $ - | #DIV/0! | $ (32,375) | -126.75% |
| $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% |
| $ - | 0.50% | $ - | 0.50% | $ - | 0.50% | $ - | 0.50% | $ - | 0.50% | $ - | 0.50% | $ 128 | 0.50% |
| $ - | 0.15% | $ - | 0.15% | $ - | 0.15% | $ - | 0.15% | $ - | 0.15% | $ - | 0.15% | $ 38 | 0.15% |
| $ - | 1.00% | $ - | 1.00% | $ - | 1.00% | $ - | 1.00% | $ - | 1.00% | $ - | 1.00% | $ 255 | 1.00% |
| $ - | 0.15% | $ - | 0.15% | $ - | 0.15% | $ - | 0.15% | $ - | 0.15% | $ - | 0.15% | $ 38 | 0.15% |
| $ - | 0.10% | $ - | 0.10% | $ - | 0.10% | $ - | 0.10% | $ - | 0.10% | $ - | 0.10% | $ 26 | 0.10% |
| $ - | 0.10% | $ - | 0.10% | $ - | 0.10% | $ - | 0.10% | $ - | 0.10% | $ - | 0.10% | $ 26 | 0.10% |
| $ - | 1.10% | $ - | 1.10% | $ - | 1.10% | $ - | 1.10% | $ - | 1.10% | $ - | 1.10% | $ 281 | 1.10% |
| $ - | 2.00% | $ - | 2.00% | $ - | 2.00% | $ - | 2.00% | $ - | 2.00% | $ - | 2.00% | $ 511 | 2.00% |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | $ - | 0.00% | $ 4,050 | 15.86% |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | $ - | 0.00% | $ 4,950 | 19.38% |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | $ 1,350 | 5.29% |
| $ - | 1.00% | $ - | 1.00% | $ - | 1.00% | $ - | 1.00% | $ - | 1.00% | $ - | 1.00% | $ 255 | 1.00% |
| $ - | 2.00% | $ - | 2.00% | $ - | 2.00% | $ - | 2.00% | $ - | 2.00% | $ - | 2.00% | $ 511 | 2.00% |
| $ - | 0.10% | $ - | 0.10% | $ - | 0.10% | $ - | 0.10% | $ - | 0.10% | $ - | 0.10% | $ 26 | 0.10% |
| $ - | 0.20% | $ - | 0.20% | $ - | 0.20% | $ - | 0.20% | $ - | 0.20% | $ - | 0.20% | $ 51 | 0.20% |
| $ - | 0.50% | $ - | 0.50% | $ - | 0.50% | $ - | 0.50% | $ - | 0.50% | $ - | 0.50% | $ 128 | 0.50% |
| $ - | 4.00% | $ - | 4.00% | $ - | 4.00% | $ - | 4.00% | $ - | 4.00% | $ - | 4.00% | $ 1,022 | 4.00% |
| $ - | 0.50% | $ - | 0.50% | $ - | 0.50% | $ - | 0.50% | $ - | 0.50% | $ - | 0.50% | $ 128 | 0.50% |
| | 6.50% | | 6.50% | | 6.50% | | 6.50% | | 6.50% | | 6.50% | $ 585 | 2.29% |
| $ - | 2.50% | $ - | 2.50% | $ - | 2.50% | $ - | 2.50% | $ - | 2.50% | $ - | 2.50% | $ 639 | 2.50% |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | $ 1,350 | 5.29% |
| $ - | 3.00% | $ - | 3.00% | $ - | 3.00% | $ - | 3.00% | $ - | 3.00% | $ - | 3.00% | $ 766 | 3.00% |
| $ - | #DIV/0! | $ - | #DIV/0! | $ - | #DIV/0! | $ - | #DIV/0! | $ - | #DIV/0! | $ - | #DIV/0! | $ 17,113 | 67.00% |
| $ - | #DIV/0! | $ - | #DIV/0! | $ - | #DIV/0! | $ - | #DIV/0! | $ - | #DIV/0! | $ - | #DIV/0! | $ (49,488) | -193.74% |
| | #DIV/0! | | #DIV/0! | | #DIV/0! | | #DIV/0! | | #DIV/0! | $ - | #DIV/0! | $ - | 0.00% |
| | #DIV/0! | | #DIV/0! | | #DIV/0! | | #DIV/0! | | #DIV/0! | | #DIV/0! | $ 9,600 | 37.58% |
| $ - | #DIV/0! | $ - | #DIV/0! | $ - | #DIV/0! | $ - | #DIV/0! | $ - | #DIV/0! | $ - | #DIV/0! | $ (39,888) | -156.16% |