7:18 PM
02/14/21
Cash Basis

# CENTRAL SIGNS, LLC
## Balance Sheet
### As of March 31, 2020

|  | Mar 31, 20 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 110 · Synovus Checking | 40,661.89 |
| **Total Checking/Savings** | 40,661.89 |
| **Total Current Assets** | 40,661.89 |
| **Fixed Assets** | |
| 175 · Business Purchase | 3,365,232.10 |
| **Total Fixed Assets** | 3,365,232.10 |
| **TOTAL ASSETS** | **3,405,893.99** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| 210 · Capital One | 15,842.33 |
| **Total Credit Cards** | 15,842.33 |
| **Total Current Liabilities** | 15,842.33 |
| **Long Term Liabilities** | |
| 235 · Synovus Loan 7005 | 3,249,785.77 |
| 240 · Synovus LOC 7008 | 50,000.01 |
| **Total Long Term Liabilities** | 3,299,785.78 |
| **Total Liabilities** | 3,315,628.11 |
| **Equity** | |
| 290 · Retained Earnings | 90,265.88 |
| **Total Equity** | 90,265.88 |
| **TOTAL LIABILITIES & EQUITY** | **3,405,893.99** |